IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARILYN TAYLOR, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:07-CV-76 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant | * |

## O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on June 30, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 13th day of August, 2008.

                                                  S/Clay D. Land
                                                        CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE